880

No. 81–2215. H. L. MOORE DRUG EXCHANGE, A DIVISION OF LEVITT INDUSTRIES, INC. *v.* ELI LILLY & CO. C. A. 2d Cir. Motion of petitioners to defer consideration of the petition for writ of certiorari denied. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

No. 81–2218. UNITED STATES EX REL. LAPIN *v.* INTERNATIONAL BUSINESS MACHINES CORP. C. A. 9th Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 81–2224. CURTIS ET AL. *v.* LEWIS. C. A. 3d Cir. Certiorari denied. JUSTICE POWELL would grant certiorari.

No. 81–2237. NORTH AMERICAN PHILIPS CONSUMER ELECTRONICS CORP. ET AL. *v.* ATARI, INC., ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 82–169. CENCO INC. *v.* SEIDMAN & SEIDMAN. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 81–2252. HONDA MOTOR CO., LTD., ET AL. *v.* DORSEY ET AL. C. A. 11th Cir. Motion of Product Liability Advisory Council of the Motor Vehicle Manufacturers Association of the United States, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.